IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ATTACHMENT A
AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, James McKinnies, Special Agent with the United States Department of the Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), submits this affidavit in support of a criminal complaint for the following individual:

**CORNELIUS HENDRIX**
(B/M, Date of Birth: xx/xx/2002, SSN#:xxx-xx-6484)

Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers, and other individuals. All conversations and statements described in this affidavit are related in substance and in part, unless otherwise indicated.

Based on the information herein, your affiant submits that there is probable cause that **CORNELIUS HENDRIX** committed the offense of the Malicious Destruction of a Building Used in Interstate Commerce by Fire, in violation of Title 18 U.S.C. § 844(i).

## AFFIANTS' EXPERTISE

1. ATF SA McKinnies, being duly sworn, deposes and says that he is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal felony offenses.

2. I have served as a Special Agent with the ATF since October 2007 and as a Special Agent Certified Fire Investigator since June 2016. During my time with the ATF, I have completed the Criminal Investigator Training Program and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center where he received training in the investigation of federal crimes involving firearms, narcotics, arson, and explosives. I am currently assigned to the Baltimore Field Division and responsible for the investigation of arson and explosive incidents. I have earned a Bachelor of Science in Accounting and Finance from Bridgewater State College (2001) and a Master's Degree from Oklahoma State University in Forensic Arson and Explosives Investigation (2020). I am a Certified Fire Investigator through the International Association of Arson Investigators (2016). I have participated in numerous searches, arrests and seizure warrants involving a variety of offenses, including violations pertaining to arson and explosives.

3. The investigation detailed in this affidavit is being conducted by the ATF. The ATF is responsible for conducting investigations involving firearms trafficking, arson and explosives incidents, cigarette smuggling, investigating cases of fraud, and money laundering, all to ensure public safety.

## RELEVANT FACTS

4. On August 21, 2020 at approximately 0523AM, a fire was reported at 1836 Sidman Court, Unit 4, Fort Meade, Maryland by the occupants, Mary and Stacy Hendrix. Both Mary and Stacy Hendrix, in written statements, stated they were awoken by the sound of an alarm and discovered fires located on the second floor hallway outside their bedroom door and on the ground just inside the front door on the first level. They were able to evacuate the premises without injury. The fire damaged the hallway, causing charring and smoke damage.

5. On this same date, Special Agent Certified Fire Investigator James McKinnies responded to 1836 Sidman Court, Unit 4, Fort Meade, Maryland to assist the Fort Meade Police Department and Anne Arundel County Fire and Explosive Investigation Unit with a fire scene examination at that location. Based upon the fire scene examination, witness statements, fire patterns, and fire dynamics, SACFI McKinnies confirmed there were two, uncommunicated fires inside the residence – one located on the second floor hallway and one located on the first floor.

6. On this same date, SACFI McKinnies and Federal Bureau of Investigation Special Agent Sean Regan interviewed CORNELIUS HENDRIX at the Fort Meade Police Department. HENDRIX was residing at 1836 Sidman Court, Unit 4, with his father and step-mother, Stacy and Mary Hendrix, the morning of the fire. HENDRIX was advised of this rights by SA Regan and HENDRIX confirmed his willingness to talk to investigators and signed the Advice of Rights form. HENDRIX stated to investigators he would hear voices in his head from time to time. HENDRIX stated the voices would tell him to hurt people that hurt him. HENDRIX stated he poured lighter fluid on the floor upstairs in the hallway and lit the lighter fluid with a candle from the bathroom.

7. A records check revealed that HENDRIX is currently on release relating to attempted murder charges in Mississippi. The intended victim in that case was his biological mother.

8. On this same date, SACFI McKinnies collected numerous fire debris samples from inside the residence as well as a lighter fluid container and grill lighter from the general backyard area. SACFI McKinnies did not observe any candles inside the residence.

9. Based upon the fire scene examination, evidence collected, and witness statements, the fire at 1836 Sidman Court, Unit 4 has been classified as incendiary, that is, intentionally set.

10. The property at 1836 Sidman Court, Unit 4, Fort Meade, Maryland was a rental property. The property was owned by Corvias Property Management and was currently being rented

to Stacy and Mary Hendrix. The property is located on Fort Meade, within the special maritime and territorial jurisdiction of the United States.

11. Therefore, there is probable cause to believe:

   a. CORNELIUS HENDRIX set fire to damage or destroy, or in an attempt to damage or destroy, property;
   b. The property located at 1836 Sidman Court, Unit 4, Fort Meade, Maryland was used in or affecting interstate or foreign commerce, that is, the property is used as a rental property; and

   c. CORNELIUS HENDRIX acted maliciously, that is, CORNELIUS HENDRIX acted either intentionally or with willful disregard of the likelihood that damage will result, and not mistakenly or carelessly.

## **CONCLUSION**

19. Based upon the foregoing, I submit that there is probable cause to issue a criminal complaint and arrest warrant for **CORNELIUS HENDRIX**, charging him with Malicious Destruction of a Building Used in Interstate Commerce by Fire, in violation of Title 18 U.S.C. § 844(i).

_____
Digitally signed by JAMES MCKINNIES
Date: 2020.08.21 21:26:09 -04'00'

James McKinnies
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this ____21st____ day of August, 2020.

*A. David Copperthite*
_____
A. David Copperthite
United States Magistrate Judge